Mateo Z. Fowler (CA Bar No. 241295)
mateofowler@mzflaw.com
MZF LAW FIRM, PLLC
12121 Wilshire Blvd. Suite 805
Los Angeles, CA 90025
Telephone: (281) 546-5172

Jason S. McManis (Pending *pro hac vice*)
jmcmanis@azalaw.com
AHMAD, ZAVITSANOS & MENSING, PLLC
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Telephone: (713) 655-1101

Weining Bai (Pending *pro hac vice*)
wbai@azalaw.com
AHMAD, ZAVITSANOS & MENSING, PLLC
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Telephone: (713) 655-1101

*Attorneys For Plaintiff, Never-Search, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVER-SEARCH, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE, INC.,<br><br>    Defendant. | Case No. 3:24-cv-03945-RS<br><br>**DECLARATION OF MATEO Z. FOWLER RE: DKT. ENTRY NOS. 8, 9, 11-13, and 17-20** |

I, Mateo Z. Fowler, counsel for Never-Search, LLC in the above-referenced matter, declare, state, and if called as a witness, would and could competently testify as follows:

1. I am counsel of record for Plaintiff, Never-Search, Inc. in this lawsuit against Apple, Inc.

2. I filed the Complaint and initiating documents in this lawsuit on July 1, 2024. *See* DKt. Nos. 1-4.

3. Unbeknownst to me, after filing the Complaint, I was placed on Administrative inactive status with the California State Bar for failing to pay an administrative fee associated with CTAPP Compliance.

4. I was notified by way of electronic mail on the evening of July 11, 2024, that I had been placed on inactive status and therefore ineligible to practice law in the state of California, effective July 2, 2024, for failing to pay an administrative fee.

5. I paid the administrative fee immediately upon discovery.

6. My license to practice law in the state of California was reactivated, effective July 12, 2024.

7. On July 3, 2024, I filed the Declination to Proceed Before a Magistrate for Never-Search, Inc, Dkt. No. 13, while I was on inactive status with the State of California. This filing may have unknowingly violated Civil Local Rule 11-1.

8. On July 3, 2024, also during the time I was on inactive status with the State of California, Motions for Pro Hac Vice were filed in this case for Messrs. McManis, Bai, Henry and Killingsworth, for which I sponsored and affirmed I was in good standing with this Court. *See* Dkt. Nos. See Dkt. Nos. 8, 9, 11, and 12. Orders granting these Motions were issued on July 11, 2024. *See* Dkt. Nos. 17-20.

9. My sponsorship of these Motions may have unknowingly violated Civil Local Rule 11-1 because I was on inactive status with the State of California at that time.

10. Therefore, to fulfill my duty of candor to the Court and to supplement the record of this lawsuit, I certify I am a member of good standing of this Court and eligible to practice law in the State of California, and again sponsor the admission of Messrs. McManis, Bai, Henry, and Killingsworth to practice law in this Court Pro Hac Vice for this lawsuit. Dkt. Nos. 8, 9, 11, 12, and Dkt. Nos. 17-20.

I declare under penalty of perjury under laws of the United States of America that the foregoing is true and correct. Executed this day 18th of July, 2024 at Austin, Texas.

/s/ Mateo Z. Fowler
Mateo Z. Fowler.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Civil Rule CV-5-1(b) on the date of filing.

*/s/ Mateo Z. Fowler*
Mateo Z. Fowler