1  Mark D. Selwyn (CA SBN 244180)
   Liv L. Herriot (SBN 267694)
2  WILMER CUTLER PICKERING
     HALE AND DORR LLP
3  2600 El Camino Real, Suite 400
   Palo Alto, California 94306
4  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100
5  mark.selwyn@wilmerhale.com
   liv.herriot@wilmerhale.com
6
7  *Attorneys for Defendant*
   APPLE INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEVER-SEARCH, INC., | Case No. 3:24-cv-03945-RFL |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF APPLE INC.** |
| vs. | |
| APPLE INC., | |
| Defendant. | |

Case No. 3:24-cv-03945-RFL                    NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF APPLE INC.

1  PLEASE TAKE NOTICE that attorney Mark D. Selwyn (State Bar No. 244180) of
2  Wilmer Cutler Pickering Hale and Dorr LLP hereby appears as counsel for Defendant Apple Inc.
3  in this case.  Pursuant to Civil Local Rule 5-1(c)(2) and General Order 45 IV(c), counsel
4  respectfully requests he be included via email on the Court's notification of all electronic filings
5  in this action at the following email address: mark.selwyn@wilmerhale.com.

7  Dated: July 31, 2024

WILMER CUTLER PICKERING HALE
AND DORR LLP

/s/ *Mark D. Selwyn*
Mark D. Selwyn (SBN 244180)
 mark.selwyn@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Fax: (650) 858-6100

*Counsel for Defendant*
APPLE INC.