Mark D. Selwyn (CA SBN 244180)
Liv L. Herriot (SBN 267694)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
mark.selwyn@wilmerhale.com
liv.herriot@wilmerhale.com

*Attorneys for Defendant*
APPLE INC.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEVER-SEARCH, INC.,<br><br>             Plaintiff,<br><br>  vs.<br><br>APPLE INC.,<br><br>             Defendant. | Case No. 3:24-cv-03945-RFL<br><br>**NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF APPLE INC.** |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that attorney Liv L. Herriot (State Bar No. 267694) of Wilmer Cutler Pickering Hale and Dorr LLP hereby appears as counsel for Defendant Apple Inc. in this case. Pursuant to Civil Local Rule 5-1(c)(2) and General Order 45 IV(c), counsel respectfully requests she be included via email on the Court's notification of all electronic filings in this action at the following email address: liv.herriot@wilmerhale.com. |

Dated: July 31, 2024

WILMER CUTLER PICKERING HALE AND DORR LLP

/s/ Liv L. Herriot
Liv L. Herriot (SBN 267694)
 liv.herriot@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Fax: (650) 858-6100

*Counsel for Defendant*
APPLE INC.